ABE KATZ v. SAM. L. MATZ, MAX MATZ, and EDWARD MATZ, as Trustees under that certain trust known as BESS MATZ LIBERMAN TRUST; MORRIS LANSBURGH, DANIEL LIFTER AND A. A. KARLIN.

28 So. (2nd) 264
November 26, 1946
Rehearing denied January 31, 1947

June Term, 1946
Special Division B

*Murrell, Fleming & Flowers,* for appellant.

*Broad & Cassel, Keen & O'Kelley, J. Velma Keen* and *Chas. H. Spitz,* for appellees.

PER CURIAM:

Affirmed, with leave to appellants to apply to the Chancellor for permission to amend the bill of complaint.

CHAPMAN, C. J., BROWN and THOMAS, JJ., and BARNS, CIRCUIT JUDGE, concur.